1  Thomas S. Brazier, Esq. SBN 055484
   LaMORE, BRAZIER, RIDDLE & GIAMPAOLI
2  1570 The Alameda, Suite 150
   San Jose, California 95126-2305                *E-FILED 2/27/07*
3  Telephone: (408) 280-6800
   Facsimile: (408) 275-6284
4
   Attorneys for Defendants
5  ELIASON RANCH TRUCKING, LLC

6

7

8                      UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

10

| | |
|---|---|
| 11  EDWARD HALL<br>         Plaintiff,<br>12<br>         v.<br>13<br>ELIASON RANCH TRUCKING, LLC<br>14  and DOES 1 through 10.<br>15          Defendants. | Case No. C06-07197RS<br><br>**STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE TO DATE OF CASE MANAGEMENT CONFERENCE IN RELATED MATTER**<br><br>AND ORDER THEREON |

16

17      IT IS HEREBY STIPULATED by and between the parties to this matter through their

18 attorneys of record to continue the Case Management Conference now set in the above-entitled matter

19 for March 7, 2007, to the same date on which the Case Management Conference in the related matter

20 *Liberty Mutual Fire Insurance vs Floyd, et al.*, is already scheduled in the above-entitled court,

21 Courtroom 4, on May 2, 2007.

22

23 Dated: FEB. 20, 2007                    ALEXANDER, HAWES & AUDET, LLP

24
                                           By: _____
25                                              Jeff Rickard
                                                Attorneys for Plaintiff
26                                              EDWARD HALL

27 ///

28 ///

1 | Dated: __2/16__, 2007         LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

By: _____
THOMAS S. BRAZIER
Attorneys for Defendant
ELIASON RANCH TRUCKING, LLC

IT IS SO ORDERED.

Dated: February 27, 2007

_____
RICHARD SEEBORG
United States Magistrate Judge