```
Richard Alexander, Esq. (48432)
Jeff Rickard, Esq. (125180)
ALEXANDER HAWES, LLP
152 North Third Street, Suite 600
San Jose, CA  95112
Telephone: 408.289.1776
Facsimile:  408.287.1776
```

*E-FILED 4/25/07*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HALL,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ELIASON RANCH TRUCKING, et al.,<br><br>　　　　　Defendants.<br>──────────────────────────<br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>TONY FLOYD, ELIASON RANCH TRUCKING, LLC and DOES 1 through 25, inclusive,<br>────────────────────────── / | Case No.:  C 06-07197 RS ADR<br>[Consolidated with Case No. C07-00416RS]<br><br>**STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE**<br>**AND ORDER THEREON**<br><br><br>Previous CMC date: May 2, 2007<br><br>New CMC date:　May 16, 2007<br>Time:　　　　　2:30 p.m.<br>Courtroom:　　4 |

　　　IT IS HEREBY STIPULATED, by and between the parties through their attorneys of record, to continue the Case Management Conference now set in the above-entitled consolidated matters for May 2, 2007, to May 16, 2007 at 2:30 p.m. in Courtroom 4.

DATED: 4.24.07　　　　　　　　　　ALEXANDER HAWES, LLP

　　　　　　　　　　　　　　　　　　By: /s/ Jeff Rickard
　　　　　　　　　　　　　　　　　　JEFF RICKARD
　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff, EDWARD HALL

1
STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE

1  DATED: 4/16/07          LaMORE, BRAZIER, RIDDLE & GIAMPAO LI

2

3                          By: _____
                               THOMAS S. BRAZIER
4                              Attorneys for Defendant
                               ELIASON RANCH TRUCKING, LLC
5

6  DATED:                  BROWNWOOD, CHAZEN & CANNON

7

8                          By: _____
                               SHERRY SANTA CRUZ
9                              Attorneys for Plaintiff
                               LIBERTY MUTUAL FIRE INS. CO.
10

11

12

13  IT IS SO ORDERED.

14  Dated: April 25, 2007

15

16

17                         _____
                           RICHARD SEEBORG
18                         United States Magistrate Judge

19

20

21

22

23

24

25

26

27

28

                                    2
STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE

1  DATED:                    LaMORE, BRAZIER, RIDDLE & GIAMPAOLI

        By: _____
            THOMAS S. BRAZIER
            Attorneys for Defendant
            ELIASON RANCH TRUCKING, LLC

6  DATED: 4.17.07            BROWNWOOD, CHAZEN & CANNON

        By: _____S____ FOR_____
            SHERRY SANTA CRUZ
            Attorneys for Plaintiff
            LIBERTY MUTUAL FIRE INS. CO.

2
STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE

# PROOF OF SERVICE

I, the undersigned, declare as follows:

I am now and at all times herein mentioned have been a citizen of the United States, over the age of eighteen years, and not a party to the within action or cause; I am employed in Santa Clara County, California, and my business address is 152 North Third Street, Suite 600, San Jose, Santa Clara County, California.

On __4/24/07__, I served the attached as indicated below:

**STIPULATION OF PARTIES TO CONTINUE CASE MANAGEMENT CONFERENCE**

__X__ **(by mail)** on all parties in said action, by placing a true copy thereof enclosed in a sealed envelope in a designated area for outgoing mail, addressed as set forth below. At Alexander Hawes, LLP, mail placed in that designated area is given the correct amount of postage and is deposited that same day in the ordinary course of business in a United States mailbox in the City of San Jose, California.

_____ **(by personal delivery)** by causing said document to be personally delivered by courier to the person(s) at the address set forth below.

_____ **(by Federal Express)** by depositing a true copy thereof in a sealed packet for overnight delivery, with charges thereon fully prepaid, in a Federal Express collection box in San Jose, California.

_____ **(by facsimile transmission)** by transmitting said document(s) from our office facsimile machine (408.287.1776) to facsimile machine number(s) shown below. Following transmission, I received a "Transmission Report" from our facsimile machine indicating that the transmission had been transmitted without error.

Thomas Brazier, Esq.  
Gene D. Vorobyov  
LaMore, Brazier, Riddle & Giampaoli  
1570 The Alameda, Suite 150  
San Jose, CA  95126  
Phone: 408-280-6800  
Facsimile: 408-275-6284  
Email: tom_brazier@lbrg.com  
*Attorneys for Defendant, Eliason Ranch Trucking*

Case No.:  C 06-07197 RS

Sherry Santa Cruz, Esq.  
Brownwood Chazen & Cannon  
525 B Street, #1300  
San Diego, CA  92101  
Phone: 619.744.6800  
Facsimile: 619.744.6814  
*Attorneys for Plaintiff, Liberty Mutual Fire Insurance Co.*

Related Case No.  C 07-00416 RS

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this Declaration was executed on __4/24/07__, at San Jose, California.

_Corene Abrego_  
Corene Abrego