Richard Alexander, Esq. (48432)
Jeff Rickard, Esq. (125180)
ALEXANDER HAWES, LLP
152 North Third Street, Suite 600
San Jose, CA 95112
Telephone: 408.289.1776
Facsimile: 408.287.1776

*E-FILED 9/18/07*

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HALL,<br><br>            Plaintiff,<br><br>vs.<br><br>ELIASON RANCH TRUCKING, et al.,<br><br>           Defendants.<br><br>LIBERTY MUTUAL FIRE INSURANCE COMPANY,<br><br>           Plaintiff,<br><br>vs.<br><br>TONY FLOYD, ELIASON RANCH TRUCKING, LLC and DOES 1 through 25, inclusive,<br>_____/ | Case No.:  C 06-07197 RS ADR<br>[Consolidated with Case No. C07-00416RS]<br><br>PROPOSED ORDER |

PROPOSED ORDER

GOOD CAUSING APPEARING the above matters having been stipulated to by all parties by and between the parties attorney's of record the disclosure and discovery of expert witness shall proceed as follows:

Plaintiff's Expert Disclosure And Discovery Of Expert Witness Opinions shall be due on or before October 30, 2007, in accordance with Rule 26(a)(2) F.R.Civ.P ;

Defendant's Expert Disclosure And Discovery Of Exert Witness Opinion until November 14,

1

PROPOSED ORDER

1  2007, Rule 26(a)(2) F.R.Civ.P ; and

2  Conclusion of discovery of expert witnesses until December 27, 2007, pursuant to Rule 26(b)(4)
3  F.R.Civ.P.

4

5  DATED:  9/18/07

6  _____
   RICHARD SEEBORG
   United States Magistrate Judge