| | |
|---|---|
| 1<br>2<br>3<br>4<br>5 | Richard Alexander (48432)<br>Jeff Rickard (125180)<br>ALEXANDER HAWES, LLP<br>152 North Third Street, Suite 600<br>San Jose CA 95112<br>Telephone: 408.289.1776<br>Facsimile: 408.287.1776<br>Attorney for Plaintiff<br>EDWARD HALL |

*E-FILED 12/12/~~07~~*

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| EDWARD HALL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>ELIASON RANCH TRUCKING, LLC,<br>and DOES 1 through 10,<br><br>　　　　　　Defendants.<br>_____<br>LIBERTY MUTUAL FIRE INSURANCE<br>COMPANY,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>TONY FLOYD, ELIASON RANCH<br>TRUCKING, LLC, et al., | Case No.:   C 06-07197 RS ADR<br>[Consolidated with Case No. C07-00416RS]<br><br>[~~Proposed~~] **Order** |

### Order

Based upon Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, and as set forth in the Stipulation To Dismiss With Prejudice All Claims in the above-captioned lawsuit;

IT IS ORDERED that all claims in the above-captioned lawsuit, be, and the same is hereby, DISMISSED, with prejudice, each party to bear its own costs and fees.

-1-
[Proposed] Order

SO ORDERED this  12  day of December, 2007.

_____
RICHARD SEEBORG
JUDGE, UNITED STATES DISTRICT COURT